# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

## INDICTMENT FOR TAX EVASION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 22-71-BAJ-RLB |
| *versus* | 26 U.S.C. § 7201 |
| MELISSA ROSE BARRETT a/k/a BRYAN WAYNE BARRETT | |

## THE GRAND JURY CHARGES:

### INTRODUCTION

At all times relevant to this Indictment:

1. **MELISSA ROSE BARRETT a/k/a BRYAN WAYNE BARRETT** (**"BARRETT"**) was a resident of Baton Rouge, Louisiana and/or Clive, Iowa.

2. **BARRETT** changed her name to **MELISSA ROSE BARRETT** in 2018.

3. The Internal Revenue Service ("IRS") was an agency of the United States Department of the Treasury responsible for enforcing and administering the tax laws of the United States and collecting taxes owed to the United States.

4. All United States citizens who received income in an amount exceeding the filing threshold for a given year were obligated to report all income earned on a U.S. Individual Income Tax Return for that year and they were required to pay taxes due on that income.

5. For tax years 2007 through 2017, **BARRETT** had significant taxes due and owing for every year but 2013, and the assessed, aggregate taxes totaled approximately $1.6 million, excluding interest and penalties.

USA Sealed Group
USM
USPO

6. Beginning in or about 2012 and continuing up to and including the date of this Indictment, **BARRETT** was made aware that she owed the IRS taxes through, among other means, letter correspondence, telephone calls, bank account and property seizures, and interviews with the IRS.

7. **BARRETT** was a physician who owned and operated an urgent care clinic known as Stat Care Clinics, L.L.C. d/b/a Central Stat Care ("Stat Care"). Stat Care was a Louisiana limited liability company that was formed in 2011.

8. **BARRETT** operated Stat Care beginning in or about 2011 and continuing up to and including the date of this Indictment. **BARRETT** provided medical care from two Stat Care medical facilities, located in Baton Rouge, Louisiana, within the Middle District of Louisiana. Stat Care does not own medical facilities outside of the Middle District of Louisiana, nor does Stat Care provide medical care outside of the Middle District of Louisiana.

9. Barrett Armstrong Properties, LLC ("Barrett Armstrong") was a Louisiana limited liability company that was formed in 2013 and owned real property. Barrett Armstrong was dissolved in 2019.

10. Beginning in or about March 2012 and continuing up to and including the date of this Indictment, **BARRETT**—while not paying her taxes—made millions of dollars in purchases in the names of nominees, including, without limitation: a boat, a personal residence, real property, an airplane, and other items totaling at least $6.7 million. Barrett also submitted, or caused to be submitted, a false Form 433-A to the IRS in 2012, stopped making cash deposits into banks in 2013, and accumulated cash in a safe.

# COUNT 1
## Evasion of Payment of Taxes
## 26 U.S.C. § 7201

11.   Paragraphs 1–10 of this Indictment are re-alleged and incorporated herein by reference.

12.   Beginning in or about March 2012 and continuing up to and including the date of this Indictment, in the Middle District of Louisiana and elsewhere, **BARRETT** did willfully attempt to evade and defeat the payment of income tax due and owing by her to the United States of America for the calendar years 2007 through 2017, in the approximate, aggregate amount of $1.6 million, excluding interest and penalties, as assessed by the IRS, by committing the following affirmative acts of evasion, among others:

| Approximate Date | Event |
| --- | --- |
| March 21, 2012 | Defendant purchased approximately 570 acres of real property in Missouri and titled, or caused the real property to be titled, in the name of Stat Care. |
| July 18, 2012 | Defendant purchased approximately 250 acres of real property in Missouri and titled, or caused the real property to be titled, in the name of Stat Care. |
| November 7, 2012 | Defendant submitted, or caused to be submitted, an incomplete IRS Form 433-A to the IRS that excluded a bank account and real property from the list of assets. |
| March 2013 | Defendant accumulated cash in a safe in Baton Rouge, Louisiana and stopped making cash deposits into banks. |
| March 8, 2013 | Defendant directed her real estate agent to change the name on a contract for deed for approximately 294 acres of real property in Missouri from the defendant's name to Stat Care. |

3

| Approximate Date | Event |
|---|---|
| August 20, 2013 | Defendant purchased an airplane in the name of Stat Care. |
| September 27, 2013 | Defendant purchased approximately three acres of real property in Missouri and titled, or caused the real property to be titled, in the name of Stat Care. |
| October 16, 2013 | Defendant purchased a medical clinic building in Baton Rouge, Louisiana in the name of Barrett Armstrong. |
| February 18, 2015 | Defendant purchased approximately 1,034 acres of real property in Missouri and titled, or caused the real property to be titled, in the name of Stat Care. |
| May 3, 2016 | Defendant purchased a personal residence in Baton Rouge, Louisiana and titled, or caused the personal residence to be titled, in the name of Stat Care. |
| January 12, 2017 | Defendant purchased approximately 227 acres of real property in Iowa and titled, or caused the real property to be titled, in the name of Stat Care. |
| June 24, 2017 | Defendant purchased a boat in the name of Stat Care. |
| September 1, 2017 | Defendant purchased approximately 432 acres of real property in Iowa and titled, or caused the real property to be titled, in the name of Stat Care. |
| May 17, 2018 | Defendant purchased approximately 927 acres of real property in Kansas and titled, or caused the real property to be titled, in the name of Stat Care. |
| August 5, 2020 | Defendant purchased approximately 795 acres of real property in Iowa and titled, or caused the real property to be titled, in the name of Stat Care. |
| January 13, 2021 | Defendant purchased approximately 225 acres of real property in Iowa and titled, or caused the real property to be titled, in the name of Stat Care. |
| April 22, 2021 | Defendant purchased approximately 140 acres of real property in Iowa and titled, or caused the real property to be titled, in the name of Stat Care. |

The above is a violation of Title 26, United States Code, Section 7201.

UNITED STATES OF AMERICA, BY

*[signature]*

RONALD C. GATHE, JR.
UNITED STATES ATTORNEY
MIDDLE DISTRICT OF LOUISIANA

*[signature]*

EDWARD H. WARNER
ASSISTANT UNITED STATES ATTORNEY

A TRUE BILL

**REDACTED
PER PRIVACY ACT**

GRAND JURY FOREPERSON

9/8/22

DATE

5

# Criminal Cover Sheet — U.S. District Court

**Place of Offense:**

City: Baton Rouge

County/Parish: East Baton Rouge Parish

*Investigating Agency: IRS

*Agent: S.A. Lori Marable

**Matter to be sealed:** ✓ Yes  ☐ No

**Related Case Information:**

Superseding _____ Docket Number _____
Same Defendant _____ New Defendant  x
Magistrate Case Number: _____
Search Warrant Case No.: _____
R 20/ R 40 from District of: _____
Any Other Related Cases: _____

**Defendant Information:**

Defendant Name: Melissa Rose Barrett

Alias: Bryan Wayne Barrett

Address: _____

Birthdate: _____ SS #: _____ Sex: ___ Race: _____ Nationality: _____

**U.S. Attorney Information:**

AUSA: Edward H. Warner          Bar #: LBN 35580

Interpreter: ☐ Yes  ✓ No     List language and/or dialect: _____

**Location Status:**

Arrest Date: N/A
___ Already in Federal Custody as of
___ Already in State Custody
___ On Pretrial Release

**U.S.C. Citations:**

Total # of Counts: 1

| Code | Description of Offense Charged | Count(s) | Petty/ Misdemeanor/ Felony |
|---|---|---|---|
| 26:7201 | Evasion of Payment of Taxes | 1 | Felony |

(May be continued on second sheet)

Date: 9/8/22   Signature of AUSA: *Edward H. W——*